In re Monk, Coralee et al.; Hanks, Jeffrey Wayne; Hanks, Ward; Hanks, Michael; Monk, Carina; Monk, Shawn;— Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 419,922; to the Court of Appeal, First Circuit, No. 2001 CW 2398.
Granted and remanded to the court of appeal for reconsideration in light of Walter v. State of Louisiana, Dept. of Trans. & Dev., 01-2078 c/w 01-2079 (La.5/14/02), — So.2d —.
TRAYLOR, J., dissents.